IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00548-PAB-CBS

Terrell Frederick, individually and on behalf of LF, his minor child,

    Plaintiff,

v.

Top Tier-Colorado, LLC,

    Defendant.

---

NOTICE OF SETTLEMENT

---

    PLEASE TAKE NOTICE that Plaintiff, Terrell Frederick, individually and on behalf of LF, his minor child, and Defendant, Top Tier-Colorado, LLC, have agreed to settle this action. Accordingly, the Parties respectfully request the Court stay all deadlines and other matters in this action for a period of twenty-one (21) days while the Parties finalize the settlement documents.

Respectfully submitted this 9th day of October 2017.

/s/Jeff Emberton
**Jeff Emberton**
Colorado Legal Counsel, LLC
PO Box 2309
Boulder, CO 80306
720-943-7530
Email: jeff@adacivilrights.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Angela K. Wood
Law Offices of Scott Tessmer
6430 S. Fiddlers Green Cir., Ste 410
Greenwood Village, CO 80111
Angela.wood@thehartford.com
*Attorney for Defendant*

*s/ SR*